UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20798 CR-SCOLA

OTAZO-REYES

FILED by [signature] D.C.
OCT 20 2016
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

IN RE SEALED INDICTMENT
_______________________________/

**MOTION TO SEAL**

**COMES NOW,** the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that this indictment, arrest warrants, and any resulting order be SEALED until the arrest of the first defendant or until further order of this court, excepting the United States Attorney's Office which may obtain copies of any indictment, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reason that the named defendants may flee, the integrity of the ongoing investigation might be compromised, and the safety of certain witnesses could be compromised should knowledge of this indictment become public.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: [signature]

AIMEE JIMENEZ
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500795
99 NE 4TH STREET
MIAMI, FL 33132
Tel: (305) 961-9028
Fax: (305) 536-7213
E-mail: Aimee.Jimenez@usdoj.gov