UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20798 CR-SCOLA/OTAZO-REYES

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

FILED by _____ D.C.
OCT 20 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA - MIAMI

UNITED STATES OF AMERICA

vs.

RODOLFO ANE YAUNER,
JUNIOR JEROME,
    a/k/a "J.R.," and
LOTY LAMOUR.

        Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From at least as early as in or around April 2016, the exact date being unknown to the Grand Jury, through on or about July 20, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

        RODOLFO ANE YAUNER,
        JUNIOR JEROME,
            a/k/a "J.R.," and
        LOTY LAMOUR,

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation

1

of Title 21, United States Code, Section 846.

With respect to defendants RODOLFO ANE YAUNER, JUNIOR JEROME, a/k/a "J.R.," and LOTY LAMOUR, the controlled substance attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

## COUNT 2

On or about July 20, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**RODOLFO ANE YAUNER,
JUNIOR JEROME,
a/k/a "J.R.," and
LOTY LAMOUR,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1.  The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which one or more of the defendants has an interest

2. Upon conviction of any of the violations alleged in Counts 1 and 2 of this Indictment, the defendants shall forfeit to the United States all of their respective rights in any property constituting or derived from any proceeds which such defendant obtained, directly or indirectly, as the result of such violation, and any property which the defendant used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation, including, but not limited to, the following:

(i) Approximately $ 1,125.00 in United States currency, seized on or about July 20, 2016, from defendant LOTY LAMOUR; and

(ii) Approximately $64,925.00 in United States currency, seized on or about July 20, 2016; and

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
AIMEE C. JIMENEZ
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

RODOLFO ANE YAUNER, et al.,

**Defendants.**
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

| | | | |
|---|---|---|---|
| X | Miami | ___ | Key West |
| ___ | FTL | ___ | WPB  ___ FTP |

New Defendant(s)          Yes ___   No ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect    Creole, Spanish

4. This case will take    3-5    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                           (Check only one)

   I    0 to 5 days        X           Petty    ___
   II   6 to 10 days       ___         Minor    ___
   III  11 to 20 days      ___         Misdem.  ___
   IV   21 to 60 days      ___         Felony    X
   V    61 days and over   ___

6. Has this case been previously filed in this District Court?   (Yes or No)   No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes    X No

_____
AIMEE JIMENEZ
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500795

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **RODOLFO ANE YAUNER**

**Case No:** _____

Count #: 1

   Conspiracy to Possess with Intent to Distribute Cocaine

   Title 21, United States Code, Section 846

**\*Max. Penalty:**          Forty Years Imprisonment

Count #: 2

   Possession of Cocaine with Intent to Distribute

   Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:**          Forty Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>JUNIOR JEROME, a/k/a "J.R."</u>

**Case No**: _____

Count #: 1

   <u>Conspiracy to Possess with Intent to Distribute Cocaine</u>

   <u>Title 21, United States Code, Section 846</u>

**\*Max. Penalty:**       <u>Forty Years Imprisonment</u>

Count #: 2

   <u>Possession of Cocaine with Intent to Distribute</u>

   <u>Title 21, United States Code, Section 841(a)(1)</u>

**\*Max. Penalty:**       <u>Forty Years Imprisonment</u>

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: LOTY LAMOUR**

**Case No:** _____

Count #: 1

   Conspiracy to Possess with Intent to Distribute Cocaine

   Title 21, United States Code, Section 846

**\*Max. Penalty:**      Forty Years Imprisonment

Count #: 2

   Possession of Cocaine with Intent to Distribute

   Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:**      Forty Years Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**