UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. _16- 20798_

UNITED STATES OF AMERICA,

v.

_Junior Jerome_,

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

COMES NOW _David W. Macey_ and

files this temporary appearance as counsel for the above-named

defendant at initial appearance.  This appearance is made with

the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing**

**documents** necessary to collateralize any personal surety bond

which may be set.

Counsel's Signature _____

Date: _4-19-17_

Counsel's Name (Printed) _David Macey_

**Florida Bar Number** (Required) _185612_

Address _135 San Lorenzo Ave_

Zip Code: _33134_

Telephone _(305) 860 2562_