# MINUTE ORDER

Page 1

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor     Date: 4.19.17     Time: 1:30 p.m.

Defendant: 1) JUNIOR JEROME     J#: 14670-104     Case #: 16-20798-CR-SCOLA SEALED
AUSA: Aimel C. Jimenez     Attorney: Daniel May Esq.
Violation: CONSP/PWID/COCAINE     Surr/Arrest Date: 4/18/2017     YOB: 1985

Proceeding: Initial Appearance     CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:
Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition: D/Advised Govt. req. PTD risk + danger

Case unsealed.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:
Report RE Counsel: 4/24/17 10 Am
PTD/Bond Hearing: 4/24/17 10 Am
Prelim/Arraign or Removal: 4/24/17 10 Am
Status Conference RE:
D.A.R. 13:41:12     Time in Court: 7

s/Chris M. McAliley     Magistrate Judge