# MINUTE

Page 5

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3          Date: 04.24.17    Time: 1:30 p.m.

Defendant: 1) JUNIOR JEROME          J#: 14670-104    Case #: 16-20798-CR-SCOLA
AUSA: Aimee Jimenez                  Attorney: DAVID W. MACEY (TEMP)
Violation: CONSP PWD COCAINE         Surr/Arrest Date:    YOB:

Proceeding: RRC/PTD/ARRAIGN          CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No            Recommended Bond: PTD HRG
Bond Set at:                         Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language: English

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

Disposition:

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

Defense requests matter be reset to 4/28

☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Time from today to 4/28 excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:        4/28    10AM    Duty    Mia
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:28:09                              Time in Court: 10 mins